UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BAHAMAS TELECOMMUNICATIONS COMPANY LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>M/V RETRIEVER, IMO No. 9694206, her engines, tackle, furniture, apparel, appurtenances, etc., *in rem*<br><br>Defendant. | § § § § § § § § § § § § § § | Case No. 24-cv-3504<br><br>Honorable Judge Margaret M. Garnett<br><br>[~~PROPOSED~~] WARRANT OF ARREST |

TO: U.S. MARSHAL OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

In the name of the United States District Court for the Southern District of New York and in accordance with Supplemental Rule C for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, you are commanded to arrest the vessel M/V RETRIEVER, IMO No. 9694206, as well as her engines, apparel, furniture, equipment, appurtenances, tackle, etc. (the "Vessel") and to detain the Vessel in your custody pending further order of this Court.

YOU ARE HEREBY further commanded to serve a copy of the Verified Complaint, the Order Authorizing Issuance of Warrant of Arrest, and this Warrant on the person in possession of the Vessel or her agents, and promptly return your writ.

Dated: May 7, 2024

United States District Court
Southern District of New York

By: _____

*Loretta A. Preska*
Part I