UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BAHAMAS TELECOMMUNICATIONS COMPANY LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>M/V RETRIEVER, IMO No. 9694206, her engines, tackle, furniture, apparel, appurtenances, etc., *in rem*<br><br>Defendant. | § § § § § § § § § § § § § § | Case No. 1:24-cv-03504-MMG<br><br>~~Honorable Judge Garnett~~<br><br>~~[PROPOSED]~~ EX PARTE ORDER FOR APPOINTMENT OF SUBSTITUTE PROCESS SERVERS |

THIS MATTER is before the Court on Plaintiff The Bahamas Telecommunications Company Limited's ("BTC") Motion for Appointment of Substitute Process Servers (the "Motion").

The Court having reviewed the applicable filings and law, it is hereby ORDERED AND ADJUDGED that the Motion is GRANTED.

IT IS FURTHER ORDERED that each of Alan Swimmer, G. Robert Tony and William O'Dell of National Maritime Services, Inc., the Substitute Custodian appointed by Order of this Court, is hereby appointed as substitute process server to serve the Warrant of Arrest issued by the Court's Clerk in this action on the *in rem* defendant vessel M/V RETRIEVER, IMO No. 9694206, in lieu of the United States Marshal for the Southern District of New York.

SIGNED at 5:15 pm this 7th day of May, 2024

_Loretta A. Preska_
UNITED STATED DISTRICT JUDGE