

**Alice D. Colarossi**
Direct Phone:  +1 212 549 4682
Email:  acolarossi@reedsmith.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/27/2024

Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222-2716
Phone: +1 412 288 3131
Fax +1 412 288 3063
reedsmith.com

June 27, 2024

**Via ECF**

The Honorable Margaret M. Garnett
United States District Court for the Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re:** *The Bahamas Telecommunications Company Limited v. M/V Retriever, IMO No. 9694206*, Docket No. 1:24cv3504

Dear Judge Garnett:

We represent the Plaintiff in the matter referenced above.

We write with the consent of counsel for the Defendant to respectfully request an adjournment of the Initial Pretrial Conference that is currently scheduled for July 10, 2024 at 09:30 am (*see* Dkt. No. 26), and the deadline for the submission of the Proposed Civil Case Management Plan, because (i) Defendant's motion to dismiss on *forum non conveniens* grounds is pending (*see* Dkt. Nos. 27, 29 and 34) and (ii) the parties are discussing settlement.  Thank you for your consideration.

Respectfully submitted,

*/s/ Alice D. Colarossi*

REED SMITH LLP

> Request GRANTED.  The Initial Pretrial Conference that was previously scheduled for July 10, 2024, is ADJOURNED *sine die*.  The parties are no longer required to submit a joint letter and proposed Civil Case Management and Scheduling Order.  It is ORDERED that the parties must file a joint status letter by **August 12, 2024**, regarding the status of settlement.  The clerk of Court is directed to terminate Dkt. No. 35.
>
> SO ORDERED.  Date 6/27/2024
>
> HON. MARGARET M. GARNETT
> U.S. DISTRICT JUDGE

ABU DHABI ♦ ATHENS ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

US_ACTIVE-180577488.1-ADCOLARO 06/27/2024 11:36 AM