

**Alice D. Colarossi**
Direct Phone: +1 212 549 4682
Email: acolarossi@reedsmith.com

Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222-2716
Phone: +1 412 288 3131
Fax +1 412 288 3063
reedsmith.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/2024
```

October 21, 2024

**Via ECF**

The Honorable Margaret M. Garnett
United States District Court for the Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re:** *The Bahamas Telecommunications Company Limited v. M/V Retriever, IMO No. 9694206,*
Docket No. 1:24cv3504

Dear Judge Garnett:

The parties in the matter referenced above submit this joint letter pursuant to this Court's October 3, 2024 Order (Dkt No. 40) to provide an update on the status of the settlement.

The parties remain engaged in settlement discussions. However, the parties are currently unable to reach an agreement, and do not request a further extension of the stay.

We thank Your Honor for considering this matter.

Respectfully submitted,

Alice D. Colarossi

ADC:af

---

The stay in this case is hereby LIFTED. Counsel for both parties are hereby ORDERED to appear for an Initial Pretrial Conference on **Friday November 22, 2024, at 4:00 p.m.** In addition, the parties are hereby ORDERED to file a joint letter and proposed Civil Case Management Plan and Scheduling Order, as described in the Court's prior order at Dkt. No. 26, by **November 15, 2024**.

SO ORDERED. Date 10/23/2024

HON. MARGARET M. GARNETT
U.S. DISTRICT JUDGE

ABU DHABI ♦ ATHENS ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

US_ACTIVE-180577488.1-ADCOLARO 10/21/2024 5:06 PM